DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK KAPLAN,**
Appellant,

v.

**THE VILLAGE AT LAKE PINE HOMEOWNERS' ASSOCIATION, INC.,**
Appellee.

No. 4D22-2909

[May 4, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE21022009.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for appellant.

Tara N. Mulrey of Straley | Otto, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***